**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6683**

_____

RICHARD EDWARD JANEY,

Plaintiff - Appellant,

versus

MR. MEIKLEJOHN, Anne Arundel County Commission
Office, #102,

Defendant - Appellee.

_____

**No. 00-6822**

_____

RICHARD EDWARD JANEY,

Plaintiff - Appellee,

versus

MR. MEIKLEJOHN, Anne Arundel County Commission
Office, #102,

Defendant - Appellant.

_____

Appeals from the United States District Court for the District of
Maryland, at Baltimore. Alexander Harvey II, Senior District Judge.
(CA-98-1646)

_____

Submitted:  September 20, 2000      Decided:  October 19, 2000

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

No. 00-6683 affirmed and No. 00-6822 dismissed by unpublished per curiam opinion.

Richard Edward Janey, Appellant Pro Se.  Phillip F. Scheibe, Hamilton F. Tyler, Julie Theresa Sweeney, ANNE ARUNDEL COUNTY OFFICE OF LAW, Annapolis, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In No. 00-6683, Richard Edward Janey appeals the district court's order of judgment denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, in No. 00-6683, we affirm the district court's orders on the reasoning of the district court. <u>See</u> <u>Janey v. Meiklejohn</u>, No. CA-98-1646 (D. Md. Apr. 27, 2000). In light of our disposition of Janey's appeal, we dismiss Meiklejohn's cross-appeal, No. 00-6822, as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 00-6683 - <u>AFFIRMED</u>

No. 00-6822 - <u>DISMISSED</u>

3